*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JUSTIN NOEL

vs.                                    3:11CV00267   SWW

PARAGOULD VAULT COMPANY, INC., ET AL

### ORDER OF DISMISSAL

The parties in this matter having settled this matter during a settlement conference before Magistrate Judge Beth Deere on September 5, 2012,

IT IS THEREFORE ORDERED that the all claims in this action shall be, and they are hereby, dismissed with prejudice.

DATED this 7th day of September 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE